PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re**: | **Case No. 14-41135 WJL** |
| **ERNESTO CUNANAN BAJET and MARGIE ARCILLA BAJET**, | **Chapter 13** |
| **Debtors.** | **SUPPLEMENTAL CERTIFICATE OF SERVICE** |
| _____/ | |

My place of business is in the County of Alameda; I am over the age of 18 years and not a party to the within action; my business address is One Kaiser Plaza, Suite 480, Oakland, CA 94612.

On May 12, 2014, I served the within;

**MOTION TO VALUE PERSONAL PROPERTY; NOTICE OF OPPORTUNITY FOR HEARING; DECLARATION IN SUPPORT**

on the below-named electronically through the court's CM/ECF program:

**Martha Bronitsky, Trustee      U. S. Trustee**

and on the below names in this action by placing a true copy thereof in a sealed envelope with postage thereon fully paid in the United States Mail at Oakland, CA addressed as follows:

**See attached list.**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: May 12, 2014          /s/ Joe P. Segura

Page 1 of 2

1                                       JOE P. SEGURA

2 Attn: Dean R. Prober
Prober & Raphael, A Law Corporation
3 20750 Ventura Boulevard, Suite 100
Woodland Hills, CA 91364

Case: 14-41135   Doc# 21   Filed: 05/12/14   Entered: 05/12/14 15:03:40   Page 2 of 2